FILED

~~FULL NAME~~ appellation

lindokuhle mnyandu el

COMMITTED NAME (if different)

n/a

FULL ADDRESS INCLUDING NAME OF INSTITUTION

c/o 1125 south sullivan street

santa ana, california 92704

PRISON NUMBER (if applicable)

n/a

2021 MAR 22  PM 3: 37

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____eva_____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

IFP
NO CV-30

lindokuhle mnyandu el

PLAINTIFF,

v.

GAVIN NEWSOM
SHIRLEY N. WEBER
XAVIER BECERRA

DEFENDANT(S).

CASE NUMBER

S A C V 2 1 - 0 0 5 2 8 VAP(MAA)

*To be supplied by the Clerk*

CIVIL ~~RIGHTS COMPLAINT~~ case claim
**PURSUANT TO** *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court ~~while a prisoner~~:  ☐ Yes  ☒ No

2.  If your answer to "1." is yes, how many? __n/a__

    Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)
    n/a

case claim
CIVIL ~~RIGHTS COMPLAINT~~

CV-66 (7/97)

Page 1 of 6

a. Parties to this previous lawsuit:
Plaintiff _____ n/a _____

_____

Defendants _____ n/a _____

_____

b. Court _____ n/a _____

_____

c. Docket or case number _____ n/a _____

d. Name of judge to whom case was assigned _____ n/a _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____ n/a _____

f. Issues raised: _____ n/a _____

_____

_____

g. Approximate date of filing lawsuit: _____ n/a _____

h. Approximate date of disposition _____ n/a _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current ~~complaint~~ claim occurred? ☐ Yes ☒ No

2. Have you filed a grievance concerning the facts relating to your current ~~complaint~~ claim? ☐ Yes ☒ No

If your answer is no, explain why not _____ ***see attached affidavit*** _____

_____

_____

3. Is the grievance procedure completed? ☐ Yes ☒ No

If your answer is no, explain why not _____ ***see attached affidavit*** _____

_____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This ~~complaint~~ claim alleges that the civil ~~rights~~ case of plaintiff _____ lindokuhle mnyandu el _____
(print plaintiff's name)

who presently ~~resides~~ domiciles at _____ c/o 1125 south sullivan street, santa ana, california 92704 _____,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_____ ***see attached affidavit*** _____
(institution/city where violation occurred)

CIVIL ~~RIGHTS COMPLAINT~~ case claim

on (date or dates) 04 march 2021 _____, _____, _____.
            (Claim I)                   (Claim II)               (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant    GAVIN NEWSOM (HEIRS AND ASSIGNS) _____ resides or works at
                   (full name of first defendant)
               1303 10TH STREET, SUITE 1173, SACRAMENTO, CALIFORNIA 95814
               (full address of first defendant)
               doing business as GOVERNOR OF CALIFORNIA
               (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
    ***see attached affidavit*** _____
_____

2. Defendant    SHIRLEY N. WEBER (HEIRS AND ASSIGNS) _____ resides or works at
                   (full name of first defendant)
               300 SOUTH SPRING STREET, #12TH, LOS ANGELES, CALIFORNIA 90013
               (full address of first defendant)
               doing business as SECRETARY OF STATE OF CALIFORNIA
               (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
    ***see attached affidavit*** _____
_____

3. Defendant    XAVIER BECERRA (HEIRS AND ASSIGNS) _____ resides or works at
                   (full name of first defendant)
               300 SOUTH SPRING STREET, LOS ANGELES, CALIFORNIA 90013
               (full address of first defendant)
               doing business as ATTORNEY GENERAL OF CALIFORNIA
               (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
    ***see attached affidavit*** _____
_____

4.   Defendant   AKEEBA IVANA MAZE _____ resides or works at
                 (full name of first defendant)

     259 EAST 20TH STREET, COSTA MESA, CALIFORNIA 92627
     (full address of first defendant)

     _____
     (defendant's position and title, if any)

     The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

     Explain how this defendant was acting under color of law:
     ***see attached affidavit***
     _____

     _____

5.   Defendant   _____ resides or works at
                 (full name of first defendant)

     _____
     (full address of first defendant)

     _____
     (defendant's position and title, if any)

     The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

     Explain how this defendant was acting under color of law:

     _____

     _____

case claim
CIVIL RIGHTS COMPLAINT

**D. CLAIMS***

**CLAIM I**

case
The following civil ~~right~~ has been violated:

\*\*\*see attached affidavit\*\*\*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

\*\*\*see attached affidavit\*\*\*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

case claim
CIVIL ~~RIGHTS COMPLAINT~~

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

*\*\*\*see attached affidavit\*\*\**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| 05 march 2021 | |
|---|---|
| *(Date)* | *(Signature of Plaintiff)* |

all rights reserved

case claim

CIVIL ~~RIGHTS COMPLAINT~~

CV-66 (7/97)                                                                 Page 6 of 6











moorish national republic federal government
societas republicae ea al maurikanos
moorish divine and national movement for the earth
northwest amexem / south amexem / central amexem / north gate
all adjoining islands
the true and de jure natural people – heirs to the land

i.s.l.a.m.

---

---

### writ in the nature for marriage bond dissolution, adverse claim, fiduciary request, *inter alia*

**affidavit of fact**
**+international document+**

04 march 2021 - 1441 m.c.y.

**to:**        **UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION ATTN:** *KIRY GRAY*, **CLERK OF COURT RONALD REAGAN FEDERAL BUILDING AND UNITED STATES COURTHOUSE 411 WEST 4TH STREET, ROOM 1053 SANTA ANA, CA 92701-4516**

**particulars of claim**

**i.**

**parties**

1. trustor[1] + creditor + heir - executive beneficiary; lindokuhle mnyandu el living sentient being [*in propria persona, sui juris* and *sui haeredes, in solo proprio*] of the moorish empire - nation state; american moor national; 'free white person'; northwest amexem / north america / morocco.

2. FIRST DEFENDANT, GAVIN NEWSOM (HEIRS AND ASSIGNS) doing business as GOVERNOR OF CALIFORNIA at 1303 10TH STREET, SUITE 1173, SACRAMENTO, CALIFORNIA 95814.

3. SECOND DEFENDANT, SHIRLEY N. WEBER (HEIRS AND ASSIGNS) doing business as SECRETARY OF STATE OF CALIFORNIA at 300 SOUTH SPRING STREET, #12TH, LOS ANGELES, CALIFORNIA 90013.

4. THIRD DEFENDANT, XAVIER BECERRA (HEIRS AND ASSIGNS) doing business as ATTORNEY GENERAL OF CALIFORNIA at 300 SOUTH SPRING STREET, LOS ANGELES, CALIFORNIA 90013.

---

[1] https://www.scribd.com/document/427017497/Declaration-of-Allodial-Trust-Lindokuhle-Mnyandu-El

5. FOURTH DEFENDANT, AKEEBA IVANA MAZE with a last known care of address at 259 EAST 20TH STREET, COSTA MESA, CALIFORNIA 92627.


## ii.

## jurisdiction and venue

6. this UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION has subject matter jurisdiction over this case pursuant to title 28 united states code subsection 1331, which gives district courts jurisdiction over all civil actions arising under the constitution, laws, and treaties of the united states.


7. the aforementioned DEFENDANTS are UNITED STATES CORPORATION COMPANY CITIZEN.


## iii.

## applicable law

8. pursuant to title 28 united states code subsection 1332 and article 3 section 2 of the *constitution for the united states of america*, diversity of citizenship is a primal issue at law.

9. therefore, the UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION has proper jurisdiction, and is obligated to hear and address my claim(s).

10. furthermore, and since the issue of diversity is primal in this matter, the UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION is the proper venue, *ipso facto* and *ipso jure*.

### iv.

### **facts**

11. whereas, i lindokuhle mnyandu el do hereby state for the record that on the 24th of may 2018, a **marriage[2] bond [third-party contract[3]]** was initiated at towson city by the clerk of the CIRCUIT COURT FOR BALTIMORE COUNTY between **ex rel: lindokuhle mnyandu** and FOURTH DEFENDANT.

12. moreover, for the record on the record and let the record show + on the paramount issue involving other matters and/or issues of estate [property], children (heirs and beneficiaries) prior to this **marriage bond [third-party contract]**, *inter alia*, a prematrimonial agreement entered into by lindokuhle mnyandu el [**ex rel: lindokuhle mnyandu**] and FOURTH DEFENDANT, dated may 9th 2018 is in place, and it stands.

---

[2] third-party shipping instrument
[3] linear contract (unconscionable contract)

13. lastly, this court is obligated to ensure that my constitutionally secured right to due process is not violated.

14. in conclusion, since the issue of diversity is primal in this matter, the UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA - THE SOUTHERN DIVISION is the proper venue, *ipso facto* and *ipso jure.*

15. a jurisdictional challenge regarding the fraudulent *ex parte* action instituted at the CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY - MARYLAND under docket number: CAS16-03973 with a filing date of 11 february 2016, is hereby made and entered on the record on this tribunal venue.

16. take further notice that service will be received and/or effectuated through email.

**v.**

**causes of action**

17.   dissolve/terminate the **marriage bond [linear and unconscionable third-party contract]** dated the 24th of may 2018 - due to **irreconcilable differences**.

18.  **reversion of estate (trust) and fiduciary request**.

## vi

### jury demand

19. lindokuhle mnyandu el asserts his right(s) under the seventh amendment for the constitution for united states and demands, in accordance with federal rule of civil procedure 38, a trial by jury on all issues.

## vii

### relief requested

20. consequently, comes now, lindokuhle mnyandu el, *in propria persona, sui juris*, aboriginal indigenous american moor national; allodial ownership, and duty to my *corporeal* and *incorporeal hereditaments*, and my unalienable estate.

21. therefore, **i demand the reversion of my estate and recoupment of my pecuniary interests**.

22. **relief sought is as follows:**

(a) dissolve/terminate the **marriage bond [third-party contract]** with FOURTH DEFENDANT, with immediate effect.

(b) FIRST DEFENDANT, SECOND DEFENDANT, THIRD DEFENDANT, *et alia*, must reverse the estate, a deed of trust and its warranty; all certificates and licenses rescinded; and all pecuniary interest (prospectus payout) on all assets generated by the **marriage bond [third-party contract]** bank bond instrument + in the sum totaling $45,000,000.00 (in lieu of lawful money).

(c) enforce prematrimonial agreement entered into by lindokuhle mnyandu el [**ex rel: lindokuhle mnyandu**] and FOURTH DEFENDANT, dated 09 may 2018.

(d) remove the unlawful and fraudulent *ex parte* action instituted at the CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY - MARYLAND under docket number: **CAS16-03973** with a filing date of 11 february

2016, to be dealt with in a diversity of citizenship + consular venue.

23. furthermore, and since the issue of diversity is primal in this matter, the UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION is the proper venue, *ipso facto* and *ipso jure*.

24. whereas, the supreme law of the land being the constitution for the united states of america and the treaty between the moorish government and the europeans known as the united states of america of 1786 and 1787 - this case is related to the treaties[4] (contracts) in place, and the nationals of diverse nations - the proper jurisdiction is federal court.

---

[4] article 20 and article 21 of the treaty of peace and friendship of 1787 between united states and moroccan empire

upon my inherited status, i, lindokuhle mnyandu el consul/judge being a descendant of the ancient moabites in other respects known as american moor, standing squarely affirmed upon my oath to the 'five points of light' love, truth, peace, freedom, and justice; being competent (in my own proper person) to attest to this affidavit upon which i place my signature; whereas, i state, proclaim, and declare the following to be true, correct, not misleading, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose.

qui jure suo utitur, nemini facit injuriam.

i am : _____

authorized representative: a free moorish american national, natural person, aboriginal/indigene, in propria persona, sui juris, and sui heredes  in solo proprio. signature  all rights reserved and retained; without prejudice

**c/o 1125 south sullivan street, santa ana, california republic [zip exempt]**





**Reversioner:**

I **Lindokuhle Mnyandu El**, the living, sentient man and rightful Heir is not lost at sea; and 'I Affirm, Declare and Reclaim my Right of Reversion of 'Estate' and therefore I make no claim with respect to the titles and misrepresented, CAPITALIZED (names/ Man-of-Straw, nom de guerre being presented as a title) and I surrender and assign any and all 'Reversionary Interest' to the foreign, privately-owned, United States (Unam Sanctam) and subsidiaries for full 'Acquittance Discharge Settlement' and 'Closure' of my reliance, Title 12 USC 95a, Part 2; and I assume no liabilities and or debts however contrived among its corporate associates; and I do not consent to stand as 'Surety' for the foreign, private, and for-profit UNITED STATES (UNAM SANCTAM) INCORPORATED/U.S. Corporation company entity owners, directors or their administrators, nor do I stand as 'Surety' for its subsidiaries or associates at any point, or moment in time.

5

